

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **SEALED** |
| v. | Case No. CR 22-007-RAW |
| STEPHEN JESSE DAVIS, | |
| Defendant. | |

### INDICTMENT

The Federal Grand Jury charges:

#### COUNT ONE

**FELONY CHILD ABUSE IN INDIAN COUNTRY**
[18 U.S.C. § 1153(a) and Okla. Stat. 21 § 843.5(A)]

On or about the 12th day of June, 2019, in the Eastern District of Oklahoma, in Indian County, the defendant, **STEPHEN JESSE DAVIS**, an Indian, did willfully and maliciously injure and torture and cause and threaten harm and fail to protect from harm and threatened harm to the health, safety, and welfare of J.D., an Indian and a child under the age of eighteen, in violation of Title 18, United States Code, Sections 1151, 1153 and Title 21, Oklahoma Statutes, Section 843.5(A).

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

*signature*

_____
Sara L. Walton, KS Bar #24106
Special Assistant United States Attorney, Eastern District of Oklahoma
Assistant United States Attorney, District of Kansas