OKED 442 (Rev 09/15)

RECEIVED
U.S. MARSHALS
EASTERN OKLAHOMA
JAN 12 PM 2:59

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| United States of America | ) | |
|---|---|---|
| v. | ) | **SEALED** |
| | ) | |
| | ) | Case No. CR-22-07-RAW |
| | ) | |
| Stephen Jesse Davis | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **Stephen Jesse Davis**, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1 Felony Child Abuse in Indian Country

FILED
MAR 14 2022

DATE: 01/11/2022
Muskogee, Oklahoma

PATRICK KEANEY
Clerk, U.S. District Court
By: _____
Deputy Clerk

*WARRANT ISSUED:*
PATRICK KEANEY, Clerk

By: _____
Deputy Clerk

**Return**

This warrant was received on *(date)* 1/12/22, and the person was arrested on *(date)* 3/11/22
at *(city and state)* Ada, OK.

Date: 3/14/22

_____
Arresting officer's signature

Robert Steier  USM
Printed name and title